**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RODRIGUEZ, RICARDO M § | Case No. 09-71466 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/14/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Dated:  03/08/2010          By:  /s/BERNARD J. NATALE
                                                               Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RODRIGUEZ, RICARDO M § Case No. 09-71466
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 100,018.01 |
| *and approved disbursements of* | $ 84,973.33 |
| *leaving a balance on hand of* [1] | $ 15,044.68 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 7,250.90 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 3,806.75 | $ 58.13 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*         _____ $_____ $_____
*Accountant for*       _____ $_____ $_____
*Appraiser for*        _____ $_____ $_____
*Other*                _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,190.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 8,865.83 | $ 1,439.94 |
| 2 | Recovery Mgmt Systems Corp | $ 5,532.08 | $ 898.49 |
| 3 | Recovery Mgmt Systems Corp | $ 3,053.14 | $ 495.87 |
| 4 | Chase Bank USA, N.A. | $ 4,768.58 | $ 774.48 |
| 5 | Acct Rcv Svc | $ 1,027.98 | $ 166.96 |
| 6 | Rockford Mercantile | $ 943.00 | $ 153.16 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Mar 19, 2010
Case: 09-71466                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Mar 21, 2010.
db           +Ricardo M Rodriguez,    843 Marie Ave,    Machesney Park, IL 61115-3761
aty          +Martin A. Lear,    Law Offices of Ernesto D. Borges,     105 West Madison,    23rd Floor,
               Chicago, IL 60602-4647
aty          +Michelle K Hinds,     Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,     Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13776414     +Acct Rcv Svc,    5183 Harlem Rd Ste,    Loves Park, IL 61111-3448
13776415     +Alpine Bank & Trust Co,    1700 N Alpine Rd,    Rockford, IL 61107-1459
13776416     +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
13776417     +Bank One,    Po Box 71,    Phoenix, AZ 85001-0071
13776418     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13776419     +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14440299      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13776420     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13776421     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13776422     +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
13776423     +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
13776426     +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
13776427     +Furn/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13776428     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13776431    ++HSBC BANK,    PO BOX 52530,    SCHAUMBURG IL 60196-0001
              (address filed with court: Hsbc/kawas,     Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
13776429     +Home Comings Financial,    Attention: Bankruptcy Dept,     1100 Virginia Drive,
               Fort Washington, PA 19034-3204
13776430     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
13776432     +Hsbc/suzki,    Po Box 703,    Wood Dale, IL 60191-0703
13776433     +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
13776435     +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
13776436     +Rshk/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13776437     +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
13776438     +Wfnnb/tsa,    Po Box 182125,    Columbus, OH 43218-2125
13776439     +Wfnnb/valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
13776440     +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
The following entities were noticed by electronic transmission on Mar 19, 2010.
13904049     +E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2010 23:21:25      Capital Recovery III LLC,
               % Recovery Management Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Ave Ste 1120,
               Miami, FL 33131-1605
13776424     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM                            Creditors Protection S,
               206 W State St,    Rockford, IL 61101-1112
14141345      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2010 23:10:03      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13776425     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2010 23:10:03      Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14163310     +E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2010 23:21:26      Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of Citibank - ZALES,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14163290     +E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2010 23:21:25      Recovery Management Systems Corporation,    For Capital Recovery III LLC,
               As Assignee of Citibank - THD CONSUMER,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13776434      Nbgl Bergner
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Mar 19, 2010
Case: 09-71466                Form ID: pdf006          Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2010**                                   **Signature:**        *Joseph Speetjens*