**AMENDED FINAL DISTRIBUTION**
**FINAL DISTRIBUTION**

**Case Number:** 09-71466  
**Debtor Name:** RODRIGUEZ, RICARDO M  
Page: 1  
**Date:** April 14, 2010  
**Time:** 02:19:23 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $15,045.63 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 58.13 | 0.00 | 58.13 | 58.13 | 14,987.50 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,806.75 | 0.00 | 3,806.75 | 3,806.75 | 11,180.75 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 7,250.90 | 0.00 | 7,250.90 | 7,250.90 | 3,929.85 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 11,115.78 | 0.00 | 11,115.78 | 11,115.78 |  |
| 1 | Discover Bank | Unsecured | 8,865.83 | 0.00 | 8,865.83 | 1,440.29 | 2,489.56 |
| 2 | Recovery Mgmt Systems Corp | Unsecured | 5,532.08 | 0.00 | 5,532.08 | 898.71 | 1,590.85 |
| 3 | Recovery Mgmt Systems Corp | Unsecured | 3,053.14 | 0.00 | 3,053.14 | 495.99 | 1,094.86 |
| 4 | Chase Bank USA, N.A. | Unsecured | 4,768.58 | 0.00 | 4,768.58 | 774.67 | 320.19 |
| 5 | Acct Rcv Svc | Unsecured | 1,027.98 | 0.00 | 1,027.98 | 167.00 | 153.19 |
| 6 | Rockford Mercantile | Unsecured | 943.00 | 0.00 | 943.00 | 153.19 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 24,190.61 | 0.00 | 24,190.61 | 3,929.85 |  |
| << Totals >> |  |  | 35,306.39 | 0.00 | 35,306.39 | 15,045.63 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**           100.000000%  
**Unsecured**                     16.245353%