**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: RODRIGUEZ, RICARDO M    § Case No. 09-71466
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $124,261.00 | Assets Exempt: $65,425.00 |
| Total Distribution to Claimants: $38,087.85 | Claims Discharged Without Payment: $20,260.76 |
| Total Expenses of Administration: $41,931.11 | |

    3) Total gross receipts of $ 100,018.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,000.00 (see **Exhibit 2**), yielded net receipts of $80,018.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $107,883.00 | $34,158.00 | $34,158.00 | $34,158.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 41,931.11 | 41,931.11 | 41,931.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,437.00 | 26,882.61 | 24,190.61 | 3,929.85 |
| **TOTAL DISBURSEMENTS** | $163,320.00 | $102,971.72 | $100,279.72 | $80,018.96 |

     4) This case was originally filed under Chapter 7 on April 13, 2009.
. The case was pending for 14 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2010             By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case - No Present Value to Debto | 1129-000 | 100,000.00 |
| Interest Income | 1270-000 | 18.96 |
| **TOTAL GROSS RECEIPTS** | | **$100,018.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Melissa Rodriguez | Payment for Melissa's Exemption | 8100-002 | 5,000.00 |
| Ricardo Rodriguez | Payment of Debtor's Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rockford Radiology | 4210-000 | N/A | 927.00 | 927.00 | 927.00 |
| GMAC Mortgage | 4110-000 | 74,597.00 | N/A | N/A | 0.00 |
| Home Comings Financial | 4110-000 | 33,286.00 | N/A | N/A | 0.00 |
| Metro Medical Services | 4210-000 | N/A | 560.00 | 560.00 | 560.00 |
| OSF St Anthony | 4210-000 | N/A | 1,766.00 | 1,766.00 | 1,766.00 |
| Perryville Surgical | 4210-000 | N/A | 5,405.00 | 5,405.00 | 5,405.00 |
| Blue Cross & Blue Shield of Illinois | 4210-000 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| **TOTAL SECURED CLAIMS** | | $107,883.00 | $34,158.00 | $34,158.00 | $34,158.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 58.13 | 58.13 | 58.13 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,806.75 | 3,806.75 | 3,806.75 |
| McNally Law Offices | 3210-600 | N/A | 11,111.11 | 11,111.11 | 11,111.11 |
| Pete E Naylor | 3210-600 | N/A | 19,028.72 | 19,028.72 | 19,028.72 |
| BERNARD J. NATALE | 2100-000 | N/A | 7,250.90 | 7,250.90 | 7,250.90 |
| Pete E Naylor | 3220-610 | N/A | 675.50 | 675.50 | 675.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 41,931.11 | 41,931.11 | 41,931.11 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | N/A | 8,865.83 | 8,865.83 | 1,440.29 |
| Recovery Mgmt Systems Corp | 7100-000 | N/A | 5,532.08 | 5,532.08 | 898.71 |
| Recovery Mgmt Systems Corp | 7100-000 | N/A | 3,053.14 | 3,053.14 | 495.99 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,768.58 | 4,768.58 | 774.67 |
| Acct Rcv Svc | 7100-000 | N/A | 1,027.98 | 1,027.98 | 167.00 |
| Rockford Mercantile | 7100-000 | N/A | 3,635.00 | 943.00 | 153.19 |
| Alpine Bank & Trust Co | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Amcore Bank NA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Citibank USA | 7100-000 | 5,532.00 | N/A | N/A | 0.00 |
| Creditors Protection Services | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| Creditors Protection Services | 7100-000 | 62.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Discover Financial | 7100-000 | 8,865.00 | N/A | N/A | 0.00 |
| Fia CSNA | 7100-000 | 2,991.00 | N/A | N/A | 0.00 |
| HSBC/Best Buy | 7100-000 | 3,210.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 953.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 620.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 577.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 528.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 432.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 313.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 303.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 291.00 | N/A | N/A | 0.00 |
| Mutual Management | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 18,064.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 1,766.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 572.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 567.00 | N/A | N/A | 0.00 |
| Rockford Mercantile | 7100-000 | 359.00 | N/A | N/A | 0.00 |
| Washington Mutual/Providian | 7100-000 | 4,768.00 | N/A | N/A | 0.00 |
| Zale/CBSD | 7100-000 | 2,949.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 55,437.00 | 26,882.61 | 24,190.61 | 3,929.85 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71466  
**Case Name:** RODRIGUEZ, RICARDO M

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/13/09 (f)  
**§341(a) Meeting Date:** 05/21/09  

**Period Ending:** 06/08/10  
**Claims Bar Date:** 10/02/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Estate located at 843 Marie Ave, Machesney, | 88,361.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Alpine Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401k through employer | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2008 Income Tax Return | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal Injury Case - No Present Value to Debto  ORIGINAL SHOWN ON SCHEDULE B FOR 0.00 AND EXEMPTED FOR 0.00 ON SCHEDULE C. AMENDED SCHEDULES FILED 6/4/09 | 20,000.00 | 51,700.00 | | 100,000.00 | FA |
| 8 | 1995 Toyota Celica with 195,000 miles | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Ford Explorer with 77,500 miles | 1,125.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1988 Chevrolet Cl500 Truck with 135,000 miles | 550.00 | 25.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.96 | FA |
| 11 | Assets  Totals (Excluding unknown values) | **$144,261.00** | **$51,725.00** | | **$100,018.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

OBJECTION TO CLAIMS PENDING.

**Initial Projected Date Of Final Report (TFR):** June 30, 2010   **Current Projected Date Of Final Report (TFR):** March 9, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-71466  
**Case Name:** RODRIGUEZ, RICARDO M  
**Taxpayer ID #:** **-***4367  
**Period Ending:** 06/08/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/09 | {7} | HUPY & ABRAHAM SC | PARTIAL PYMT OF SETTLEMENT | 1129-000 | 63,388.89 | | 63,388.89 |
| 09/09/09 | {7} | Hupy & Abraham SC | Partial Pymt of PI Settlement | 1142-000 | 63,388.89 | | 126,777.78 |
| 09/09/09 | {7} | HUPY & ABRAHAM SC | Reversed Deposit 100001 1 PARTIAL PYMT OF SETTLEMENT | 1142-000 | -63,388.89 | | 63,388.89 |
| 09/28/09 | {7} | State Farm Mutual Automibile Ins. | Pymt in Personal Injury Case | 1142-000 | 11,111.11 | | 74,500.00 |
| 09/28/09 | {7} | State Farm Mutual Automobile Ins. Co. | Pymt on Personal Injury Case | 1142-000 | 25,500.00 | | 100,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.46 | | 100,001.46 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.08 | | 100,005.54 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.21 | | 100,009.75 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.21 | | 100,013.96 |
| 01/26/10 | | To Account #********2366 | Transfer to payments distributions of settlement | 9999-000 | | 85,000.00 | 15,013.96 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.48 | | 15,017.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,018.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,018.68 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 15,018.78 |
| 04/06/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | 9999-000 | -15,018.78 | | 0.00 |

|  |  | ACCOUNT TOTALS | 85,000.00 | 85,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | -15,018.78 | 85,000.00 | |
|  |  | **Subtotal** | 100,018.78 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$100,018.78** | **$0.00** | |

{} Asset reference(s)

Printed: 06/08/2010 12:23 PM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71466 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, RICARDO M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****23-66 - Checking Account |
| Taxpayer ID #: | **-***4367 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 06/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/10 | | From Account #********2365 | Transfer to payments distributions of settlement | 9999-000 | 85,000.00 | | 85,000.00 |
| 01/26/10 | 101 | Pete E Naylor | Payment of Special Counsel Attorney Fees | 3210-600 | | 19,028.72 | 65,971.28 |
| 01/26/10 | 102 | McNally Law Offices | Payment of Special Counsel Attorney Fees | 3210-600 | | 11,111.11 | 54,860.17 |
| 01/26/10 | 103 | Pete E Naylor | Payment of Special Counsel Expenses | 3220-610 | | 675.50 | 54,184.67 |
| 01/26/10 | 104 | Melissa Rodriguez | Payment for Melissa's Exemption | 8100-002 | | 5,000.00 | 49,184.67 |
| 01/26/10 | 105 | Ricardo Rodriguez | Payment of Debtor's Exemption | 8100-002 | | 15,000.00 | 34,184.67 |
| 01/26/10 | 106 | Perryville Surgical | Payment of Medical Lien | 4210-000 | | 5,405.00 | 28,779.67 |
| 01/26/10 | 107 | OSF St Anthony | Payment of Medical Lien | 4210-000 | | 1,766.00 | 27,013.67 |
| 01/26/10 | 108 | Rockford Radiology | Payment of Medical Lien | 4210-000 | | 927.00 | 26,086.67 |
| 01/26/10 | 109 | Metro Medical Services | Payment of Medical Lien | 4210-000 | | 560.00 | 25,526.67 |
| 01/26/10 | 110 | Blue Cross & Blue Shield of Illinois | Payment of Medical Claim | 4210-000 | | 25,500.00 | 26.67 |
| 04/06/10 | | Wire out to BNYM account 9200******2366 | Wire out to BNYM account 9200******2366 | 9999-000 | -26.67 | | 0.00 |
| | | | ACCOUNT TOTALS | | 84,973.33 | 84,973.33 | $0.00 |
| | | | Less: Bank Transfers | | 84,973.33 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 84,973.33 | |
| | | | Less: Payments to Debtors | | | 20,000.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $64,973.33 | |

{} Asset reference(s)

Printed: 06/08/2010 12:23 PM V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-71466 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RODRIGUEZ, RICARDO M | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******23-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4367 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 06/08/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 15,018.78 | | 15,018.78 |
| 04/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.18 | | 15,018.96 |
| 04/14/10 | | To Account #9200******2366 | For Final Distributions | 9999-000 | | 15,018.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **15,018.96** | **15,018.96** | **$0.00** |
| | | | Less: Bank Transfers | | 15,018.78 | 15,018.96 | |
| | | | **Subtotal** | | **0.18** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.18** | **$0.00** | |

{} Asset reference(s)

Printed: 06/08/2010 12:23 PM    V.12.08

Case 09-71466    Doc 43    Filed 06/21/10    Entered 06/21/10 10:13:35    Desc Main
Document      Page 11 of 12

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-71466
**Case Name:** RODRIGUEZ, RICARDO M

**Taxpayer ID #:** **-***4367
**Period Ending:** 06/08/10

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-66 - Checking Account
**Blanket Bond:** $552,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2366 | Wire in from JPMorgan Chase Bank, N.A. account ********2366 | 9999-000 | 26.67 | | 26.67 |
| 04/14/10 | | From Account #9200******2365 | For Final Distributions | 9999-000 | 15,018.96 | | 15,045.63 |
| 04/15/10 | 10111 | BERNARD J. NATALE | Dividend paid 100.00% on $7,250.90, Trustee Compensation; Reference: | 2100-000 | | 7,250.90 | 7,794.73 |
| 04/15/10 | 10112 | Discover Bank | Distribution paid 16.24% on $8,865.83; Claim# 1; Filed: $8,865.83; Reference: 3563 | 7100-000 | | 1,440.29 | 6,354.44 |
| 04/15/10 | 10113 | Chase Bank USA, N.A. | Distribution paid 16.24% on $4,768.58; Claim# 4; Filed: $4,768.58; Reference: 9499 | 7100-000 | | 774.67 | 5,579.77 |
| 04/15/10 | 10114 | Acct Rcv Svc | Distribution paid 16.24% on $1,027.98; Claim# 5; Filed: $1,027.98; Reference: 67765 - MEDICAL | 7100-000 | | 167.00 | 5,412.77 |
| 04/15/10 | 10115 | Rockford Mercantile | Distribution paid 16.24% on $943.00; Claim# 6; Filed: $3,635.00; Reference: 2304 | 7100-000 | | 153.19 | 5,259.58 |
| 04/15/10 | 10116 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,864.88 | 1,394.70 |
| | | | Dividend paid 100.00% on $3,806.75; Claim# ATTY; Filed: $3,806.75 | 3,806.75 | 3110-000 | | 1,394.70 |
| | | | Dividend paid 100.00% on $58.13; Claim# EXP; Filed: $58.13 | 58.13 | 3120-000 | | 1,394.70 |
| 04/15/10 | 10117 | Recovery Mgmt Systems Corp | Combined Check for Claims#2,3 | | | 1,394.70 | 0.00 |
| | | | Dividend paid 16.24% on $5,532.08; Claim# 2; Filed: $5,532.08; Reference: 1632 - ASSIG OF CITIBANK | 898.71 | 7100-000 | | 0.00 |
| | | | Dividend paid 16.24% on $3,053.14; Claim# 3; Filed: $3,053.14; Reference: 6250 - CITIBANK -ZALES | 495.99 | 7100-000 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 15,045.63 | 15,045.63 | $0.00 |
| Less: Bank Transfers | 15,045.63 | 0.00 | |
| **Subtotal** | 0.00 | 15,045.63 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$15,045.63** | |

{} Asset reference(s)

Printed: 06/08/2010 12:23 PM        V.12.08

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-71466 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, RICARDO M | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******23-66 - Checking Account |
| Taxpayer ID #: | **-***4367 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 06/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 100,018.78 | 0.00 | 0.00 |
| Checking # ***-*****23-66 | 0.00 | 64,973.33 | 0.00 |
| MMA # 9200-******23-65 | 0.18 | 0.00 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 15,045.63 | 0.00 |
| | $100,018.96 | $80,018.96 | $0.00 |

{} Asset reference(s)

Printed: 06/08/2010 12:23 PM    V.12.08